UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JS - 6

| | |
|---|---|
| VICTORIA CALDERA, | : |
| Plaintiff, | : |
| v. | : Case No. 5:18-cv-00011-KK |
| BANFIELD PET HOSPITAL, PETSMART, INC., and DOES 1-100, Inclusive, | : |
| Defendants. | : |

## [~~PROPOSED~~] ORDER

AND NOW, this 28th day of August, 2018, it having been stipulated that the above captioned action is settled and upon Order of the Court, it is ORDERED that the above captioned action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

August 28, 2018

_____
Hon. Kenly Kiya Kato
U. S. Magistrate Judge